AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>Sammy Joe Fragale, Sr., aka "Joe" and<br>Sammy Joe Fragale, Jr., aka, "Bubby"<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)     2:20-mj-00119<br>)<br>)<br>) |

**SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of    August 18-21, 2020    in the county of    Kanawha    in the
   Southern    District of    West Virginia   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

John M. Vernon, Task Force Officer DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    08/25/2020

*Judge's signature*

City and state:    Charleston, West Virginia      Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*